**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,       )
                                )
                    Plaintiff,  )        CR-04-1199-PHX-JAT
            v.                  )
                                )
Michael Christopher Ambrose,    )        ORDER OF DETENTION
                                )
                    Defendant.  )
————————————————————————————————)

A detention and pretrial release revocation hearing for violation of pretrial release was held on  March 6, 2006.  Defendant,  appears with counsel Doug Passon and the government is represented by Darcy Cerow.

Counsel for defendant submitted the matter on the record.

The Court finds by clear and convincing evidence  that defendant has violated at least one of the conditions of his release.  The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure his appearance or protect  the safety of the community.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 8th day of March, 2006.

_____
Edward C. Voss
United States Magistrate Judge